# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **LINDA MCINTOSH,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV528 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CITY OF OMAHA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' Motion to Continue Pretrial Conference (Filing No. 26). Counsel for the defendants states she has a conflict with the date now scheduled for the conference. Upon consideration,

**IT IS ORDERED:**

1. The defendants' Motion to Continue Pretrial Conference (Filing No. 26) is granted.

2. The pretrial conference previously scheduled for May 27, 2005, is hereby rescheduled to **June 30, 2005, at 10:00 a.m.**

DATED this 25th day of April, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge