# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA MCINTOSH, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CV528 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF OMAHA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge on June 20, 2005, by Michelle Peters, on behalf of the defendants, and Ms. Peters oral motion for an extension of time made on July 19, 2005,

**IT IS ORDERED that:**

1. The oral motion for an extension of time is granted.

2. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the case **on or before August 1, 2005**. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 19th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge