IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINDA MCINTOSH, ) | |
| ) | |
| Plaintiff, ) | 8:03CV528 |
| ) | |
| vs. ) | |
| ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| CITY OF OMAHA, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the parties' joint stipulation for dismissal with prejudice (Filing No. 36). The court finds the stipulation should be granted.

**IT IS HEREBY ORDERED** that the parties' joint stipulation for dismissal (Filing No. 36) is granted and this case is dismissed with prejudice, each party to bear its own costs.

DATED this 27th day of July, 2005.

BY THE COURT:

s/ William Jay Riley
United States Circuit Judge
(Sitting by Designation)